H. Ernesto Castillo Bar No. 220900
Robert J. Beles Bar No. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for Defendant William Silveira

United States Distict Court
Eastern District of California

| United States of America, | No. **02:04-cr-0021-MCE** |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| William Silveira, | |
| Defendant. | |

**ORDER FOR RETURN OF PROPERTY**

TO THE TRACY POLICE DEPARTMENT

You are hereby ordered to release to the Attorney of the above named Defendant, or to his investigator, Matt Thompson, the following items being held by you, and further identified by Tracy Police Department, report#03-8929.

ITEMS:

1) Sprint Cell Phone, Model LX5350, Serial No. 208KS0088822, Blue and Silver

2) Misc Paperwork

3) Indicia

4) Amway Box of Misc. Paperwork/Indicia

1

5) 2 Black Leather Briefcases

6) White File (Alliance Title) with Papers

7) Black Plastic Case with Papers

8) Black Bag from Kia with Misc. Indicia

9) Indicia from 300ZX Nissan

10) Indicia from Green Truck

11) Misc bank withdrawl slips from black purse

12) Brown Leather Wallet and contents

13) Black Calvin Klein Bag

14) 2 Atm Check Cards- Washington Mutual and Wells Fargo

15) Computer, Sony Model PCV-2220, Serial No. 3007094, Silver

16) Keyboard, Sony Model PCVA-KB4 p/u, Serial No. 147780511 0309545

17) All-In-One Fax/Copy/ Scanner/Printer, Hewlett Packard, Model Office Jet 6110xi, Serial No. MY37NG74OK

18) Mouse, Sony, Serial No. SOI-X475597-1

19) Speed Stream, Model 5100, 059E141A02

20) Computer Camera, Creative, Serial No. DIPD1110352012385E

21) 2 Computer Speakers, Sony

22) Shoes, Nike Air, Blue/White

23) Shoes, Vans, Beige

24) Shoes, Vans, Grey/Blue

25) Shoes, Nike, Black/White

26) Shoes, Sketchers Sport, Black/White

27) Shoes, Vans, Beige/Red

28) Shoes, Nike, White

29) Shoes, Nike Air, Blue/White

30) Shoes, Phat Farm, Black/White

31) Shoes, Phat Farm, White

32) Boots, Caterpillar, Brown

33) Shoes, Nike Air Max, Black/White

34) Shoes, Converse All Star, Grey/White

35) Monitor, Sony, Model No. SDMH573, Serial No. 6766987

Dated: April 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE